**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| INDEMNITY INSURANCE COMPANY OF NORTH AMERICA, as subrogee of Hyperion Materials & Technologies, Inc.<br>436 Walnut Street<br>Philadelphia, PA 19106<br><br>        Plaintiff,<br><br>              v.<br><br>XPO, Inc.<br>Five American Lane<br>Greenwich CT 06831<br><br>        Defendant. | CIVIL ACTION NO:<br><br><br>TRIAL BY JURY DEMANDED |

**PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT
AND NOTICE OF AFFILIATES**

Plaintiff, Indemnity Insurance Company of North America, as subrogee of Hyperion Materials & Technologies, Inc., by its attorneys, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and 3.2 of the Local Rules for the United States District Court for the Northern District of Illinois, states as follows:

1.      Indemnity Insurance Company of North America is a corporation organized and existing under laws of the Commonwealth of Pennsylvania with a principal place of business located in Pennsylvania.

2.      Indemnity Insurance Company of North America is a non-governmental corporate party.

3.      Indemnity Insurance Company of North America is a wholly owned subsidiary of INA Holdings Corporation (a Delaware company). INA Holdings Corporation is a wholly owned

subsidiary of INA Financial Corporation (a Delaware company). INA Financial Corporation is a wholly owned subsidiary of INA Corporation (a Pennsylvania company). INA Corporation is a wholly owned subsidiary of Chubb INA Holdings Inc. (a Delaware company). Chubb INA Holdings Inc. is 80% owned by Chubb Group Holdings Inc. (a Delaware company) and 20% owned by Chubb Group Holdings Inc.'s parent corporation Chubb Limited (a Swiss company). Chubb Limited is the ultimate parent and a NYSE-listed publicly traded company. No publicly held corporation owns 10% or more of the stock of Chubb Limited.

4.      After diligent review, Plaintiff has no other known affiliates.

The undersigned party understands that under Rule 7.1 of the Federal Rules of Civil Procedure, it must promptly file a supplemental statement upon any change in the information that this statement requires.

Respectfully submitted:

**Cozen O'Connor**

BY: _____

Alex L. Ottenheimer
COZEN O'CONNOR
123 N. Wacker St., #1800,
Chicago, Illinois 60606
(312) 382-3141
aottenheimer@cozen.com
ARDC No. 6321244

Of Counsel:
Daniel C. Theveny (PHV Motion to be Filed)
1650 Market Street
One Liberty Place, Suite 2800
Philadelphia, Pennsylvania 19103
Telephone: (215) 665-2000
Fax: (866) 240-3638
Email: dtheveny@cozen.com